UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

CYNTHIA THORNTON and FAIN KOLINSKY, a/k/a     Case No.
Fain Clark, individually and on behalf of all others     09 CV 5901 (LAK)(DF)
similarly situated,

Plaintiffs,

    -against-

BELKIN, BURDEN, WENIG & GOLDMAN, LLP,

Defendant.
-------------------------------------------------------------------X

## JOINT NOTICE OF MOTION FOR
## CONDITIONAL APPROVAL OF CLASS ACTION
## SETTLEMENT, CERTIFICATION OF
## CONDITIONAL SETTLEMENT CLASS, AND
## APPROVAL OF CLASS NOTICE

PLEASE TAKE NOTICE that upon the Affidavit of James B. Fishman dated

October 20, 2010, and the exhibits attached thereto, together with the accompanying memoranda

of law, and upon all prior pleadings and papers heretofore had herein, the undersigned counsel for

Plaintiffs and Defendant will move this Court at a date to be determined, before the Honorable

Debra Freeman at the United States Courthouse for the Southern District of New York located at

500 Pearl Street, Courtroom ___, New York, new York, for an Order:

(1)     Pursuant to Fed. R. Civ. Proc. 23(b)(2), granting conditional certification

of a settlement class defined as:

> All persons who are consumers, as defined by the FDCPA,
> who in the one year period prior to the commencement of this
> action on June 26, 2009, were sent a Notice by the defendant
> which is the same or substantially similar to the letters which
> are attached to the Complaint as Exhibits A and B;

(2)     Pursuant to Fed. R. Civ. Proc. 23(e), approving conditionally the

settlement of this action upon the terms and conditions set forth in the Settlement Agreement

annexed as Exhibit 1 to the Affidavit of James B. Fishman in Support of Joint Motion for

Preliminary Approval of Settlement;

(3)   Conditionally approving the defined Class for the purposes of Settlement;

(4)   Pursuant to Fed. R. Civ. Proc. 23(e)(1)(B), approving the form and

substance of, and the directing the manner of service of, the notice to the Class as set forth in the

Exhibit 2 to the Declaration of James B. Fishman in Support of Joint Motion for Preliminary

Approval of Settlement;

(5)   Setting a date, time and place for a Fairness Hearing; and

(6)   Granting the parties to this action and the Class such other and further

relief as this Court may deem just and proper.


Dated: Garden City, New York
        October 20, 2010


FISHMAN & MALLON, LLP                    L'ABBATE, BALKAN, COLAVITA &
                                         CONTINI, LLP

By: _____                      By: _____
    James B. Fishman, Esq. (JF 8998)         Marian C. Rice, Esq. (MR 7648)
    Kevin Mallon, Esq. (KM 4758)         Defendant's Counsel
Class Counsel                            1001 Franklin Avenue
305 Broadway, Suite 900                  Garden City, NY 11530
New York, NY 10007                       (516)294-8844
(212)897-5840                            Fax (516)294-8202
Fax (212)897-5841                        mrice@lbcclaw.com
jfishman@fmlawoffices.net

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
                          ss.:
COUNTY OF NASSAU )

PATRICIA A. LAZO, being duly sworn, deposes and says that deponent is not a party to the within action, is over 18 years of age and resides in Nassau County, New York.

That on the 20th day of October, 2010, deponent served the within **JOINT NOTICE OF MOTION, DECLARATION OF JAMES B. FISHMAN, and EXHIBITS** upon:

FISHMAN & MALLON, LLP
James B. Fishman, Esq. (JF 8998)
Kevin Mallon, Esq. (KM ____)
Class Counsel
305 Broadway, Suite 900
New York, NY 10007
(212)897-5840
Fax (212)897-5841
jfishman@fmlawoffices.net

L'ABBATE, BALKAN, COLAVITA &
   CONTINI, LLP
Marian C. Rice, Esq. (MR 7648)
Defendant's Counsel
1001 Franklin Avenue
Garden City, New York 11530
(516)294-8844
Fax (516)294-8202
mrice@lbcclaw.com

the attorney(s) for the respective parties in this action, at the above address(es) designated by said attorney(s) for that purpose, via Electronic Court Filing (ECF).

_____
PATRICIA A. LAZO

Sworn to before me this
20th day of October, 2010.

_____
Notary Public
**PATRICIA A. DAMATO**
**Notary Public, State of New York**
**No. 01DA5022281**
**Qualified in Suffolk County**
**Commission Expires January 3,20__/4**